UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-21908-CIV-MARTINEZ-BROWN

MARIA DEL CERON, an individual,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

This cause came before the Court upon the Defendant's Notice of Pending Settlement **(D.E. No. 11)**, indicating that the parties have reached a settlement in this matter.  It is hereby:

ORDERED AND ADJUDGED as follows:

1)  The parties shall file Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action on or before **September 22, 2008**.

2)  If the parties fail to comply with this order, the Court shall either dismiss this case without prejudice without any further warning or proceed to trial as scheduled.

3)  The Clerk is DIRECTED to DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of August, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record

-2-